To The United States District Court
For The
Southern District Of Texas

Galveston Division

United States Courts
Southern District of Texas
FILED

JAN 2 2008

Michael N. Milby, Clerk of Court

United States of America,  Criminal No. G-05-02(04)

V.  Civil Action No. G-07-496

Ronald Lymuel,

## Notice Of Appeal

Nowcomes, Ronald Lymuel, hereAfter known as "the Petitioner" does petitions the Honorable Court to acknowledge his Notice to Appeal in the above cause and style, his desire to appeal the U.S. District Court "Order" to dismiss his Motion to vacate under 28 U.S.C. 2255

## PRAYER

The Petitioner prays that this Honorable Court take inconsideration this "Notice Of Appeal", or please notify the U.S. Court of Appeals for the (5) Fifth Circuit immediately of the Petitioner intent to Appeal

## Notice

This was placed in the Dolph Briscoe Prison's Mailbox on the 26th Day of December 2007 !!!

Mr. Ronald Lynnued #1349226
Dolph Briscoe Unit
1459 W. Hwy. 85
Dilley, TX. 78017

Mr. Ronald D. Lemuel Sr. 1349246
1459 W. Hwy 85
Dilley Tx. 78017

United States Courts
Southern District of Texas
FILED

JAN 2 2008

Michael N. Milby, Clerk of Court

77550/3333

Clerk
United States District Court
Southern District of Texas
Galv., Tx. 77550

PRIVILEGED INMATE MAIL NOT
INSPECTED BY TEXAS DEPARTMENT
OF CRIMINAL JUSTICE - INSTITUTIONAL
DIVISION.